# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF298
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 305055 | $38,045.73 | 10/25/2024 | 04790Acc1025241 | 10/23/2024 | $38,045.73 |
| **Total Transfers** | **1** | **$38,045.73** | | | | **$38,045.73** |